UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

COMPLAINT                    Case No. 25-cv-903-wmc

Joseph zloza vs precision mining services, llc, Facebook name devin scott bush tipton

Fraudulent inducement, breach of contract, and misrepresentation.

They baited me, lied. Told me 1-3 months of work in Wyoming. The job only lasted 5 days. I worked with them at sand mine at decker coal mine in Montana. From 10/26/25, 10/30/25. They did offer another job(contract) in Texas. But who wants to work with a baiters, liers.

I would like to see 50 million Dollars for pain and suffering. Fraudulent inducement. Just all the energy it took, tolls on my car from driving back and forth. Moving all my stuff also.

JURY DEMAND

Joseph zloza

W7723 Silvernagel road

New Lisbon, Wisconsin, 53950

6085471818